# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., et al.[1], | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

## CERTIFICATION OF DEBTORS' LIST OF CREDITORS

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), a list (the "List") containing the name and address of each person or entity likely to be included on Schedules D, E/F, G, and H to be filed by Moon Group, Inc., Moon Landscaping, Inc., Moon Nurseries, Inc., Moon Site Management, Inc., Moon Wholesale, Inc., and Rickert Landscaping, Inc., as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") is attached hereto.

The List has been prepared from the Debtors' books and records. The undersigned, the Chief Executive Officer of the Debtors, hereby certifies that the List contains the names and addresses of all persons and entities required to be listed pursuant to Bankruptcy Rule 1007(a)(1) that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contained therein. The Debtors reserve the right to amend or supplement the List as necessary.

Although the information contained in the List is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915. A description of the Debtors and their respective businesses is set forth in the Declaration of John Pursell, Jr. in support of First Day Pleadings (the "First Day Declaration") filed on the petition date.

with regard to possible defenses the Debtors and their estates may have to any potential claims of the persons and entities included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates, (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtors and their estates or (iii) an acknowledgement or admission that any person or entity identified on the List is a counterparty to an executory contract or unexpired lease of the Debtors.

Dated: August 13, 2021

_____
John D. Pursell, Jr.
Chief Executive Officer

| | | |
|---|---|---|
| 1199 WINTERSON ROAD, LLC<br>C/O CREG ATTN: CHRISTOPHER MURRAY<br>1343 ASHTON ROAD, SUITE 207<br>COLUMBIA, MD 21045 | 4200 PARLIAMENT, LLC<br>C/O CREG ATTN: JOHN CROSSEN<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 | 4900 S. BROAD STREET ASSOCIATES<br>C/O STONEHENGE ADVISORS<br>4328-42 RIDGE AVENUE<br>PHILADELPHIA, PA 19129 |
| 7550 BWI, LLC, ET AL.<br>C/O CREG ATTN: CHRISTOPHER MURRAY<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 | 8K LAWN SERVICE<br>968 PRICE HOLLOW RD<br>ELKVIEW, WV 25071 | A & J AUTO GLASS<br>933 AVENUE D<br>PARKLAND, PA 19047 |
| A BETTER WAY GENERAL CONTRACTING, LLC<br>PO BOX 22514<br>HUNTSVILLE, AL 35814 | A&J'S TREES<br>5675 WATTSBURG RD<br>ERIE, PA 16509 | AARON WARD HAGER<br>459 GUYAN RIVER RD<br>RANGER, WV 25557 |
| ABBY FARMS NURSERY<br>3009 ACCOKEEK ROAD<br>WALDORF, MD 20601 | ABC EQUIPMENT RENTAL<br>8576 OLD DORSEY RUN RD<br>WILMINGTON, DE 19801 | ABLE EQUIPMENT RENTAL, INC<br>1050 GRAND BLVD<br>DEER PARK, NY 11729 |
| ACC BUSINESS<br>PO BOX 105306<br>ATLANTA, GA 30348-5306 | ACCESS LABOR SERVICE, INC<br>2203 N. DUPONT HIGHWAY<br>NEW CASTLE, DE 19720 | ACCLAIMED CLEANERS, LLC<br>19 WHEELER ALY<br>LINESVILLE, PA 16424 |
| ACCOUNTING & BOOKKEEPING SERVICES OF DELAWARE, INC.<br>18 MANASSAS DRIVE<br>MIDDLETOWN, DE 19709 | ACE UNIFORM SERVICES, INC<br>1800 PARKMAN AVENUE<br>BALTIMORE, MD 21230 | ACRES ENTERPRISE INC<br>PO BOX 88459<br>WAUCONDA, IL 60084 |
| ADP, INC.<br>P.O. BOX 9001006<br>LOUISVILLE, KY 40290-1006 | ADRIANNA NEOPHITOS<br>93 BERKSHIRE DR UNIT C<br>CRYSTAL LAKE, IL 60014 | ADT SECURITY SERVICES, INC.<br>PO BOX 371967<br>PITTSBURGH, PA 15250 |
| ADVANCED PERSONNEL<br>902 S OLIVER ST<br>WICHITA, KS 67218 | AHERN RENTALS, INC.<br>ACCOUNTS RECEIVABLE<br>P.O. BOX 271390<br>LAS VEGAS, NV 89127 | AIS CONSTRUCTION EQUIPMENT CORP<br>3600 N. GRAND RIVER AVE<br>LANSING, MI 48906 |
| ALERE ESCREEN<br>P.O. BOX 654092<br>DALLAS, TX 75265 | ALEXANDER TRACTOR REPAIR INC<br>353 CHINCAPIN DRIVE<br>LEBANON, VA 24266 | ALL ISLAND LANDSCAPE<br>2829 EAST MAIN ROAD<br>PORTSMOUTH, RI 2871 |
| ALL LANDSCAPE SUPPLY<br>4321 BARTHOLOW ROAD<br>SYKESVILLE, MD 21784 | ALLAN MYERS<br>1805 BERKS ROAD<br>WORCESTER, PA 19490 | ALLIED BUILDING CORPORATION<br>74 W. BROAD STREET<br>BETHLEHEM, PA 18018 |

| | | |
|---|---|---|
| ALPHA MAINTENANCE DBA U.S LAWNS<br>100 MADISON ST<br>FAIRMONT, WV 26554 | AMERICAN LANDSCAPING & HARDSCAPING LLC<br>129 E TURNBULL AVE<br>HAVERTOWN, PA 19083 | AMERICAN SOLUTIONS FOR BUSINESS INC.<br>8479 SOLUTION CENTER<br>CHICAGO, IL 60677-8004 |
| AMERICAN SWEDISH HISTORICAL MUSEUM<br>1900 PATTISON AVENUE<br>PHILADELPHIA, PA 19145 | ANDERSON & CATANIA SURETY SERVICES, LLC<br>707 PHILADELPHIA, PIKE<br>EDGEMOOR, DE 19809 | ANDERSON EQUIPMENT COMPANY<br>1 ANDY'S WAY<br>CHARLESTON, WV 25309 |
| ANDERSON JANITORIAL SERVICES, LLC<br>123 BURKE STREET<br>DUDLEY, NC 28333 | ANDRES DE COS LLC<br>5211 W WOODMILL DRSUITE#36<br>WILMINGTON, DE 19808 | ANDREW'S TRUCKING<br>36 NAIRN LANE<br>BEAR, DE 19701 |
| ANGELO GAROFALO<br>9045 PINE RD<br>PHILADELPHIA, PA 19115 | ANGELO ROSCETTI<br>5 BRADLEY CIRCLE<br>MIDDLETOWN, DE 19709 | ANTHOLOGY SENIOR LIVING OF KING OF PRUSSIA<br>350 GUTHRIE ROAD<br>KING OF PRUSSIA, PA 19087 |
| APGAR TURF FARM<br>P.O. BOX 587<br>SMYRNA, DE 19977 | AQUA DUCK WATER TRANSPORT<br>3462 WILLOW RUN ROAD<br>KEMPTON, PA 19529 | AQUA MIST IRRIGATION<br>28 JAMES ST.<br>SOUTH HACKENSACK, NJ 7606 |
| ARAMARK UNIFORM (LANDSCAPE)<br>P.O. BOX 5720<br>CHERRY HILL, NJ 8034 | ARC DOCUMENT SOLUTIONS LLC<br>1510 CHESTER PIKE, SUITE 120<br>EDDYSTONE, PA 19022 | ARTISAN PRECAST<br>13120 KALLEN AVENUE<br>TYLER, TX 75703 |
| ASCENTIUM CAPITAL<br>23970 HIGHWAY 59 N<br>KINGWOOD, TX 77339-1535 | AT&T<br>P.O. BOX 8212<br>AURORA, IL 60504 | AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 |
| ATLANTIC TRACTOR LLC<br>31415 JOHN DEERE DRIVE<br>SALISBURY, MD 21804 | ATLANTIS INTERNATIONAL<br>PO BOX 95<br>GLEN RIDGE, NJ 7028 | AUTHENTIC APPALACIAN LANDWORKS<br>P.O. BOX 606<br>CASTLEWOOD, VA 24224 |
| AVALON PETROLEUM COMPANY<br>7326 EAGLE WAY<br>CHICAGO, IL 60678 | AVANT GARDENS INC<br>770 N 22ND STREET<br>PHILADELPHIA, PA 19130 | B & J SWEEPING & SONS, INC.<br>12913 EASTERN AVENUE<br>BALTIMORE, MD 21220 |
| BARNARD BRADY<br>1433 SANDWOOD ROAD<br>CONSHOHOCKEN, PA 19428 | BAY AREA LAWN CARE, LLC<br>107 PITTMANS DR<br>IRVINGTON, VA 22480 | BC AREA 6 LAND UNIT 1, LLC, ET AL.<br>C/O CREG ATTN: JOHN CROSSEN<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 |

| | | |
|---|---|---|
| BC COMMUNITIES<br>4905 MERMAID BLVD.<br>WILMINGTON, DE 19808 | BERGEY'S INC<br>462 HARLEYSVILLE PIKE<br>SOUDERTON, PA 18964 | BERRY HILL IRRIGATION<br>3744 HIGHWAY 58<br>BUFFALO JUNCTION, VA 24529 |
| BETTS GARAGE, INC.<br>2806 PULASKI HWY<br>NEWARK, DE 19702 | BIG D'S LAWNCARE<br>1557 WHITE DIRT ROAD<br>DOBSON, NC 27017 | BLU PETROLEUM<br>PO BOX 838<br>MUNDELEIN, IL 60060 |
| BLUE JACKET, INC<br>2826 S CALHOUN STREET<br>FORT WAYNE, IN 46807 | BOB BELL FORD<br>7125 RITCHIE HIGHWAY<br>GLEN BURNIE, MD 21061 | BODNER EQUIPMENT COMPANY<br>1203 W. FRONTAGE RD<br>STAUNTON, IL 62088 |
| BOLD SPRING NURSERY, LLC<br>1366 COLUMBUS HIGHWAY<br>HAWKINSVILLE, GA 31036 | BONNIE BAKER<br>1809 SPENCER AVE<br>NEW BERN, NC 28560 | BOSLEY RENTAL & SUPPLY, INC<br>497 GOFF MOUNTAIN ROAD<br>CROSS LANES, WV 25313 |
| BRANDY TORBERT<br>13902 STATE ROUTE 287<br>TROUT RUN, PA 17771 | BRIGHTVIEW LANDSCAPES, LLC<br>PO BOX 740655<br>ATLANTA, GA 30374 | BRISTOL TOWNSHIP<br>2501 BATH ROAD<br>BRISTOL, PA 19007 |
| BROTHERSLANDSCAPE & IRRIGATION INC<br>814 BRENTON LEAF DR<br>RUSKIN, FL 33570 | BUDGET LANDSCAPE, INC<br>8332 TORRESDALE AVENUE<br>PHILADELPHIA, PA 19136 | BURGOS MAINTENANCE SERVICE, LLC<br>2929 SANTEE RD<br>BETHLEHEM, PA 18020 |
| BURRIS EQUIPMENT CO.<br>2216 N. GREENBAY RD<br>WAUKEGAN, IL 60087 | BUSBOT INCORPORATED DBA AXLE<br>PO BOX 392797<br>PITTSBURGH, PA 15251 | CALEY COURT<br>ATTN: MARK JONES<br><br>202 KINGS ROAD<br>PLYMOUTH MEETING, PA 19462 |
| CANCER SUPPORT COMMUNITY<br>734 15th STREET NW, SUITE 300<br>WASHINGTON, DC 20005 | CAPITAL CITY GROUNDSKEEPING<br>200 POWELL DR. SUITE 123<br>RALEIGH, NC 27606 | CARELA TAG & TITLE<br>1181 E PULASKI HWY<br>ELKTON, MD 21921 |
| CASA FLORA INC.<br>P.O. BOX 41140<br>DALLAS, TX 75241 | CAVANO'S PERENNIALS, INC.<br>6845 SUNSHINE AVE.<br>KINGSVILLE, MD 21087 | CECIL COUNTY<br>PAMELA R. HOWARD, TREASURER200<br>CHESAPEAKE BLVD, STE 1100<br>ELKTON, MD 21921 |
| CHEROKEE MANUFACTURING<br>150 BRIDGEPOINT DR SUITE 200<br>SOUTH SAINT PAUL, MN 55075 | CHESAPEAKE BURIAL VAULT CO., INC<br>PO BOX 10<br>BARCLAY, MD 21607 | CHIEF MOUNTAIN FARM<br>116 CHIEFS MOUNTAIN LANE<br>PORT DEPOSIT, MD 21904 |

| | | |
|---|---|---|
| CINTAS CORPORATION<br>P.O. BOX 630803<br>CINCINNATI, OH 45263 | CINTAS FIRE 636525<br>P.O BOX 636525<br>CINCINNATI, OH 45263 | CITY OF NEW YORK<br>DEPT. OF PARKS AND RECREATION<br>FLUSHING MEADOWS - CORONA PARK<br>OLMSTED CENTER<br>FLUSHING, NY 11368 |
| CIVF V - MD1B01, LLC<br>TRANSWESTERN CAREY WINSTON, LLC<br>7529 STANDISH PLACE, SUITE 350<br>DERWOOD, MD 20855 | CLEAN PATH CARPET CLEANING<br>125 S RAYNOR<br>JOLIET, IL 60436 | CLEAN START, INC.<br>PO BOX 72061<br>ALBANY, GA 31708 |
| CLEAR RIDGE NURSERY, INC<br>217 CLEAR RIDGE ROAD<br>UNIONVILLE, MD 21791 | CLINTON NURSERIES , INC<br>PO BOX 679<br>WESTBROOK, CT 6498 | CLYDE S. WALTON, INC<br>P.O BOX 1669<br>LANSDALE, PA 19446 |
| CM STAFFING<br>1808 N PLUM<br>HUTCHINSON, KS 67502 | COLDSPRING<br>PO BOX 71037<br>CHICAGO, IL 60694 | COLONIAL CONCRETE<br>364 E. CHURCH RD<br>KING OF PRUSSIA, PA 19406 |
| COLUMBIA WEGMAN TOWAMENCIN LLC<br>ATTN: BILL DELANY<br>900 TOWAMENCIN AVENUE<br>LANSDALE, PA 19446 | COMCAST<br>P.O. BOX 5025<br>CHERRY HILL, NJ 08034-0404 | COOK'S PEST CONTROL<br>PO BOX 245<br>GADSDEN, AL 35902 |
| COPESAN SERVICES INC<br>PO BOX 8442<br>CAROL STREAM, IL 60197 | COVERALL NORTH AMERICA, INC<br>2955 MOMENTUM PLACE<br>CHICAGO, IL 60689 | CPUS 531 CHELSEA LP, ET AL.<br>C/O CBRE<br>521 CHELSEA ROAD<br>ABERDEEN, MD 21001 |
| CRAFT DIGGING SERVICE, INC<br>PO BOX 763<br>PRINCETON, NC 27569 | CRAIG BRADFORD ASSOCIATES, INC<br>21 EAST 5TH AVENUE<br>CONSHOHOCKEN, PA 19428 | CRAIG SMITH<br>3950 GRACE DRIVE<br>KENT, OH 44240 |
| CREG ASHTON I, LLC<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 | CROUSE BROTHERS EXCAVATING<br>415 W PULASKI HWY<br>ELKTON, MD 21921 | CVS GROUNDSKEEPING, LLC<br>236 KNOLLVIEW DRIVE<br>EVANSVILLE, IN 47711 |
| D. HARRIS ENTERPRISES<br>3105 EMMORTON RD,<br>ABINGDON, MD 21009 | DAUGHTREY BACKHOE & CEMETERY SERVICES<br>902 ST. JOHN MILLENNIUM ROAD<br>AULANDER, NC 27805 | DAYTON BAG & BURLAP COMPANY<br>DEPT 781759. PO BOX 78000<br>DETROIT, MI 48278 |
| DEANA'S CLEANING SERVICE<br>4609 N. NEW YORK AVE<br>MUNCIE, IN 47304 | DELAWARE DEPARTMENT OF TRANSPORTATION<br>PO BOX 697<br>DOVER, DE 19903 | DELAWARE DIVISION OF REVENUE<br>P.O. BOX 830<br>WILMINGTON, DE 19899 |

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

DELMARVA POWER
PO BOX 13609
PHILADELPHIA, PA 19101

DENNIS VONRODENSTEIN
536 SE 22 AVENUE
OCALA, FL 34471

DIAMOND TOOL
2800 GRAYS FERRY AV
PHILADELPHIA, PA 19146

DONALD BRASWELL DBA CEMETERY CARE SERVICES
5458 SOUTHERN DRIVE
VILLA RICA, GA 30180

DOTSON'S CONTRACTING LLC
14940 BRANT RD
CRESAPTOWN, MD 21502

EAGLE POWER & EQUIPMENT CORP.
P O BOX 425
MONTGOMERYVILLE, PA 18936

EASTER SEALS OF SOUTHERN PA
ATTN: FRANCIS HAGARTY
3975 CONSHOHOCKEN AVENUE
PHILADELPHIA, PA 19131

EASTERN SHORE FOREST PRODUCTS INC.
3667 ST. LUKES ROAD
SALISBURY, MD 21804

ECHOLS OIL COMPANY, INC
900 POINSETT HWY PBOX 1477
GREENVILLE, SC 29602

EDDIE EVASN FARM, LLC
ATTN: EJ HESTON
REGAL BUILDERS/NOBEL'S POND
13 NOBLE'S POND CROSSING
DOVER, DE 19901

ELIASAR URSUA
11571 EAST DAKOTA AVENUE
AURORA, CO 80012

EL'S TRUCK TIRE
2724 PULASKI HWY
NEWARK, DE 19702-4777

ENVIRONMENTAL WOOD SOLUTIONS
3500 GIDDINGS ROAD
LAKE ORION, MI 48359

EVANS BURIAL VAULTS, INC
15 GRAYBILL ROAD
LEOLA, PA 17540

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 535434
ATLANTA, GA 30353

EXTERIOR SERVICES, LLC
8558 GLEN CAMPBELL ROAD
PHILADELPHIA, PA 19128

EXTERMITAL TERMITE & PEST CONTROL
P O BOX 1533
DAYTON, OH 45401

E-Z PASS MARYLAND SERVICE CENTER
PO BOX 17600
BALTIMORE, MD 21297

FARRELL & MARINO LLC
1603 N OLDEN AVE
EWING, NJ 8638

FAST & FRIENDLY CLEANING SERVICE, INC
1920 WALLACE AVENUE
NORTH CHICAGO, IL 60064

FASTSIGNS
1300 FIRST STATE BLVD.SUITE G
NEWPORT, DE 19804

FCL BUILDERS
1131 BENFIELD BLVD., SUITE H
MILLERSVILLE, MD 21108

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250

FIREFLY PEST PROTECTION SERVICES, INC
PO BOX 671
NORTH EAST, MD 21901

FLEET PRIDE, INC
PO BOX 281811
ATLANTA, GA 30384

FLEETCOR
5445 TRIANGLE PARK PARKWAY NW #400
NORCROSS, GA 30092

FOLEY, INCORPORATED
833 CENTENNIAL AVENUE
PISCATAWAY, NJ 8855

FORT CONSTRUCTION, INC
1810 WEST BEVERLY STREET
STAUNTON, VA 24401

FREEWAY CARRIERS INC
63 FLUSHING AVE
BROOKLYN, NY 11205

| | | |
|---|---|---|
| FUSION, LLC<br>PO BOX 392193<br>PITTSBURGH, PA 15219 | GAINOUS' SHADE TREES, INC.<br>164 NURSERY LANE<br>CAIRO, GA 31728 | GENESIS TURFGRASS INC.<br>PO BOX 7663<br>WEST YORK, PA 17404 |
| GEORGE DIDDEN GREENHOUSES, INC<br>57 WEST VINE ST.<br>HATFIELD, PA 19440 | GEORGE ELY ASSOCIATES, INC<br>PO BOX 396<br><br>CARLISLE BARRACK, PA 17013 | GET BATS OUT<br>47 NAVAJO<br>CARBONDALE, CO 81623 |
| GILLESPIE & SON, INC<br>PO BOX 450<br>CHESTERTOWN, MD 21620 | GIS BENEFITS<br>P.O. BOX 1806<br>SAN ANTONIO, TX 78296-1806 | GLASGOW, INC<br>P.O. BOX 1089<br>GLENSIDE, PA 19038 |
| GQ JANITORIAL SERVICES INC<br>13425 NW 97 PL<br>OCALA, FL 34482 | GRADUATE POINTE APARTMENTS<br>2501 WASHINGTON AVENUE<br>PHILADELPHIA, PA 19146 | GRASS B GONE<br>78 CAMP SHEPPARD LANE<br>GANDEEVILLE, WV 25243 |
| GREEN LANE PROPERTIES, LLC<br>281 WITHERSPOON STREET<br>SUITE 105<br>PRINCETON, NJ 08540 | GREEN PAVING AND EXCAVATING<br>C/O FRANK GREEN<br>684 VANDYKE GREENSPRING ROAD<br>TOWNSEND, DE 19734 | GREENLAWN FERTILIZING, INC.<br>1004 SAUDERS LANE<br>WEST CHESTER, PA 19380 |
| GREENLEAF TURF SOLUTIONS<br>9 ALBE DRIVE<br>NEWARK, DE 19702 | GREENVILLE TRACTOR CO., INC<br>PO BOX 2086<br>GREENVILLE, SC 29602 | GREERS CLEANING SERVICE<br>3806 BREVARD COURT<br>COLONIAL HEIGHTS, VA 23834 |
| GREGORY TSOI TRUCKING INC<br>126 PATTON WAY<br>ELKTON, MD 21921 | GT MID ATLANTIC<br>PO BOX 338<br>GREENWOOD, DE 19950 | HARMS TRUCKING<br>4520 E. MINOOKA RD<br>MINOOKA, IL 60447 |
| HARVEY SALT COMPANY<br>1325 MOHRS LANE<br>BALTIMORE, MD 21220 | HAWKINS PARNELL & YOUNG LLP<br>303 PEACHTREE ST NE #4000<br>ATLANTA, GA 30308 | HAYES CONTRACTING, INC.<br>5460 SUGAR LOAF RD<br>COLLINSVILLE, IL 62234 |
| HEARTIS SENIOR LIVING<br>301 OXFORD VALLEY ROAD<br>SUITE 1504A<br>MORRISVILLE, PA 19067 | HELPING HAND LAWN CARE, LLC<br>712 WESTERN WAYNE DR<br>PIKEVILLE, NC 27863 | HERC EQUIPMENT RENTALS<br>PO BOX 936257<br>ATLANTA, GA 31193 |
| HERNDON LAWN CARE<br>2129 LAUREL LANE<br>ALTAVISTA, VA 24517 | HERTRICH OF ELKTON<br>1147 E.PULASKI HWY<br>ELKTON, MD 21921 | HIGH - TECH LANDSCAPING &<br>MAINTENANCE, LLC<br>119 ARDEN RD<br>PELZER, SC 29669 |

| | | |
|---|---|---|
| HIRELEVEL<br>3911 ERNESTINE DRIVE<br>MARION, IL 62959 | HITMAN TERMITE & PEST CONTROL LLC<br>440 SOUTH FEDERAL HWY, SUITE 202 C<br>DEERFIELD BEACH, FL 33441 | HMS INSURANCE ASSOCIATES, INC.<br>20 WIGHT AVENUE, SUITE 300<br>HUNT VALLEY, MD 21030 |
| HOLOCENE ENVIRONMENTAL LLC<br>PO BOX 361<br>PAW PAW, MI 49079 | HOLT MACHINERY COMPANY<br>504 RARITAN STREET<br>SAYREVILLE, NJ 8872 | HORSEY TURF FARMS, LLC<br>28107 BEAVER DAM BRANCH RD<br>LAUREL, DE 19956 |
| HSRE ROOSEVELT BLVD., LLC<br>10857 KUYKENDAHL ROAD<br>THE WOODLANDS, TX 77382 | HUMPHREYS PEST CONTROL<br>100 S EASTON ROAD<br>GLENSIDE, PA 19038 | HUTCH'S LAWNCARE<br>PO BOX 40<br>HANDLEY, WV 25102 |
| ICR EQUIPMENT RENTAL, SALES & SUPPLY<br>1 COMMERCE PARKWAY<br>BELLAIRE, OH 43906 | INFINITY BUSINESS SYSTEMS<br>110 CARSON DRIVEPORTER ROAD BUSINESS CENTER<br>BEAR, DE 19701 | INTERCOASTAL TRADING, INC.<br>29 PHILLIPS INDUSTRIAL PARK DRV<br>CAMBRIDGE, MD 21613 |
| INTER-COUNTY OIL SERVICES INC<br>3003 MT. CARMEL AVE<br>GLENSIDE, PA 19038 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | ISLAND NURSERY SUPPLIES, INC.<br>PO BOX 152<br>SPEONK, NY 11972 |
| J & J SYSTEMS, INC<br>10 RIDGEWOOD DR<br>HOCKESSIN, DE 19707 | J A PHILLIPS TRUCKING LLC<br>11420 BROWNTOWN ROAD<br>KENNEDYVILLE, MD 21645 | J C HILL TREE FARMS, INC.<br>123 W. RAUSCH'S ROAD<br>ORWIGSBURG, PA 17961 |
| J FRANK SCHMIDT & SON<br>P O BOX 189<br>BORING, OR 97009 | J G AKERBOOM NURSERIES<br>700 S. MAIN ST.<br>CEDARVILLE, NJ 8311 | JACK'S LAWN AND LANDSCAPE<br>N8910 ONEIDA ST<br>MENASHA, WI 54952 |
| JAMES BENNETT<br>5900 KENDREW DRIVE<br>PORT ORANGE, FL 32127 | JAMES CAMPBELL COMPANY, LLC<br>102 FULFILLMENT DRIVE<br>EDGEWOOD, MD 21040 | JAMES RIVER EQUIPMENT - MANASSAS PARK<br>P.O. BOX 745382<br>ATLANTA, GA 30384 |
| JANDZIO EXCAVATING LLC<br>212 DUTTON MILL RD<br>WEST CHESTER, PA 19380 | JANI-KING RICHMOND<br>3290 AIRLINE BLVD<br>PORTSMOUTH, VA 23701 | JAN-PRO OF NEPA<br>1108 HIGHWAY 315<br>WILKES BARRE, PA 18701 |
| JAN-PRO OF PHILADELPHIA<br>740 SPRINGDALE DR. SUITE 205<br>EXTON, PA 19341 | JAN-PRO OF THE WESTERN CAROLINAS<br>128 MILESTONE WAY<br>GREENVILLE, SC 29615 | JANTIZE AMERICA<br>5555 CONCORD PKWY SOUTH STE 336<br>CONCORD, NC 28027 |

| | | |
|---|---|---|
| JAXZY LLC<br>3987 GLENDALE MILFORD RD<br>EVENDALE, OH 45241 | JC EHRLICH<br>PO BOX 13848<br>READING, PA 19612 | JEFFERSON HEALTH<br>214 SOUTH 11TH STREET<br>PHILADELPHIA, PA 19107 |
| JEREMY MULLINS<br>304 WEST PULASKI HIGHWAY<br>ELKTON, MD 21921 | JESCO<br>118 ST. NICHOLAS AVE.<br>SOUTH PLAINFIELD, NJ 7080 | JIM F. DAVIS TRUCKING INC.<br>505 GRANT AVE<br>CROYDON, PA 19021 |
| JJMD MARYLAND, LLC<br>P.O. BOX 287<br>CHESAPEAKE CITY, MD 21915 | JLJ SERVICES LLC<br>W828 GARTON ROAD<br>SHEBOYGAN, WI 53083 | JOE SIMMONS<br>10365 EAST BLUE GRASS TRAIL<br>BLAND, VA 24315 |
| JOHN PURSELL JR.<br>816 W. CREEK LANE<br>MIDDLETOWN, DE 19709 | JOHN ROPEK<br>5310 OHARA ROAD<br>CARLETON, MI 48117 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>P.O BOX 371967<br>PITTSBURGH, PA 15250 |
| JONES & WALLA, PA<br>THE TORBERT HOUSE157 E. MAIN ST.<br>ELKTON, MD 21921 | JONES LAWN MAINTENANCE LLC<br>2469 ACKERMANVILLE RD<br>BANGOR, PA 18013 | JOSEPH WICK NURSERIES<br>P O BOX 617<br>DOVER, DE 19903 |
| JRS CONTRACTING COMPANY, INC<br>2508 S MILITARY HWY<br>CHESAPEAKE, VA 23320 | JULIE JOHNSON<br>122 OAK DRIVE<br>GREENVILLE, SC 29611 | JUST THE RIGHT TOUCH CLEANING<br>PO BOX 26<br>GILBERT, PA 18331 |
| JUSTIN'S PROPERTY PRESERVATION<br>2918 EMERALD FARM RD<br>CLIMAX, NC 27233 | K&K TRUCKING<br>2780 S WAVERLY HWY<br>LANSING, MI 48911 | KAVANAUGH LAWNCARE & HOME<br>MAINTENANCE LLC<br>2407 GLENNWOOD DR<br>WASHINGTON, IN 47501 |
| KEAP<br>1260 SOUTH SPECTRUM BLVD<br>CHANDLER, AZ 85286 | KEEN COMPRESSED GAS CO<br>P O BOX 15151<br>WILMINGTON, DE 19850 | KEETON KRAUTH DBA KRAUTH NURSERY<br>7895 SEWANEE HIGHWAY<br>COWAN, TN 37318 |
| KELLERMEYER BERGENSONS SERVICES, LLC<br>25049 NETWORK PLACE<br>CHICAGO, IL 60673 | KEYSTONE HYDRAULICS<br>100 EAST CICOTTE STREET<br>RIVER ROUGE, MI 48218 | KF LAWN SERVICE LLC<br>9839 S. SPRINKLE RD<br>PORTAGE, MI 49002 |
| KIND ROOTS, INC.<br>6890 E SUNRISE DR STE 120-471<br>TUCSON, AZ 85750 | KING MULCH<br>7941 PULASKI HWY<br>ROSEDALE, MD 21237 | KLEAN KUT INC<br>PO BOX 253<br>HAYSVILLE, KS 67060 |

| | | |
|---|---|---|
| KNF FLEXPAK CORP<br>PO BOX 253<br>LAUREL, NY 11948 | KORE CAPITAL CORPORATION<br>6701 DEMOCRACY BLVD., SUITE 300<br>BETHESDA, MD 20817 | NAVIGATORS INSURANCE COMPANY<br>C/O CRC GROUP<br>ATTN: DENISA LOVOY<br>ONE METROPLEX DRIVE, SUITE 400<br>BRIMINGHAM, AL 35209 |
| KUENZI TURF & NURSERY<br>6475 STATE STREET<br>SALEM, OR 97317 | LABOR SOURCE LLC<br>P.O BOX 7068<br>TUPELO, MS 38802 | LAKELAND CEMETERY SERVICES<br>PO BOX 5452<br>DE PERE, WI 54115 |
| LAMBERT CLEANING<br>2434 W. BEVERLEY STREET<br>STAUNTON, VA 24401 | LANDFORMERS LLC<br>10230 N SAGINAW RD<br>CLIO, MI 48420 | NAVIGATORS INSURANCE COMPANY<br>C/O FIRST INSURANCE FUNDING<br>ATTN: ARLENE ROBINSON-ROLLINS<br>450 SKOKIE BOULEVARD, SUITE 1000<br>NORTHBROOK, IL 60062 |
| LAWN DOCTOR<br>PO BOX 464<br>ODESSA, DE 19730 | LAWN DOCTOR - NEWARK/CECIL COUNTY<br>995 SOUTH CHAPEL STREET SUITE 3<br>NEWARK, DE 19713 | LAWNS FOR LESS, INC.<br>635 NORTHAVEN DRIVE<br>MEMPHIS, TN 38127 |
| LAWONDA MOORE<br>1523 SARAH ST<br>GADSDEN, AL 35903 | LAWRENCE EQUIPMENT, INC<br>PO BOX 335<br>CLOVERDALE, VA 24077 | LAWSON VAULT SERVICES LLC<br>PO BOX 128<br>PATRICK SPRINGS, VA 24133 |
| LEE RAIN, INC.<br>2079 EAST WHEAT ROAD<br>VINELAND, NJ 08361-2594 | LEFFLER ENERGY<br>PO BOX 70282<br>PHILADELPHIA, PA 19176 | LEHIGH VALLEY HEALTH NETWORK<br>PO BOX 781733<br>PHILADELPHIA, P 19178 |
| LEONARD BLACK<br>121 VALLEY DR<br>CASEYVILLE, IL 62232 | LETHAL PEST SOLUTIONS<br>1608 BROWNSVILLE ROAD<br>TREVOSE, PA 19053 | LEXINGTON INSURANCE COMPANY<br>303 S. MAIN STREET LOWER LEVEL<br>MOUNT AIRY, MD 21771 |
| LINLEY EXCAVATION, LLC<br>8131 W HILL POINT RD<br>CROSS PLAINS, WI 53528 | LIST ASSOCIATES, LP<br>ATTN: BROOKE HENNINGSEN<br>272 SOUTH BRYN MAWR AVENUE<br>BRYN MAWR, PA 19010 | LITTLE'S TERMITE & PEST CONTROL CO. INC.<br>1929 RUTH STEET<br>ALLENTOWN, PA 18104 |
| LIZBETH MENDOZA-VELAZQUEZ<br>315 ELIZABETH STREET<br>MIDDLETOWN, DE 19709 | LOCAL UNION 1058<br>12 EIGHTH STREET<br>PITTSBURGH, PA 15222 | LOCUST POINT EQUIPMENT<br>430 LOCUST POINT RD<br>ELKTON, MD 21921 |
| LOWTHER'S SMALL ENGINE, INC.<br>1009 COOPERTOWN ROAD<br>DELANCO, NJ 8075 | LOYAL ORDER OF MOOSE NO 1456<br>C/O CREG ATTN: CHRISTOPHER MURRAY<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 | LUIS MATUTE<br>11 JAZZ CIRCLE<br>WHITEHALL, PA 18052 |

| | | |
|---|---|---|
| M&M SERVICE COMPANY<br>130 N CHILES PO BOX 500<br>CARLINVILLE, IL 62626 | MAC DEVELOPING INC<br>12578 COUNTRY CHARM LN. NORTH<br>JAX, FL 32225 | MACALLISTER RENTALS<br>DEPT. 78731 - PO BOX 78000<br>DETROIT, MI 48278 |
| MALLARD LOGISTICS LLC<br>1232 CHOPTANK RD<br>MIDDLETOWN, DE 19709 | MARIAN GARDENS, INC.<br>619 W. STATE ROAD 50<br>GROVELAND, FL 34736 | MARINER LOGISTICS, INC.<br>PO BOX 1052<br>BEL AIR, MD 21014 |
| MARK BOWER<br>1620 ARMSTRONG ST<br>FAIRMONT, WV 26554 | MARSHALL LANDSCAPING<br>323 JAYMAR BLVD<br>NEWARK, DE 19702 | MARYLAND PLANT & SUPPLIES INC<br>9103 YELLOW BRICK RD #G<br>ROSEDALE, MD 21237 |
| MASTER RENTAL CENTER<br>2002 W 3RD STREET<br>BLOOMINGTON, IN 47404 | MAT SITE MANAGEMENT PA LLC<br>130 W. MAIN STREET, #144BOX 144-113<br>TRAPPE, PA 19426 | MATTHEW KARBIWNYK<br>214 PRESTON ROAD<br>FLOURTOWN, PA 19031 |
| MATTHEWS INTERNATIONAL CORPORATION<br>PO BOX 536621<br>PITTSBURGH, PA 15253 | MAYFIELD GARDENS, INC<br>960 S. HUNT ROAD & BRYN MAWR AVE.<br>NEWTON SQUARE, PA 19073 | MCNEILL CHEVROLET BUICK<br>1931 US HIGHWAY 421 B<br>WILKESBORO, NC 28697 |
| MEDFORD NURSERY, INC.<br>P.O. BOX 1145<br>MEDFORD LAKES, NJ 8055 | MERCHANTS AUTOMOTIVE GROUP<br>P.O. BOX 414438<br>BOSTON, MA 2241 | MERCHANTS FLEET C/O MERCHANTS AUTOMOTIVE<br>GROUP, INC.<br>P.O. BOX 414438<br>BOSTON, MA 02241-4438 |
| MERRY MAIDS<br>416 CONSTITUTION BLVD.<br>NEW BRIGHTON, PA 15066 | METHODIST HOSPITAL<br>2301 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19148 | MICHAEL SCOTT<br>127 NAVAJO TRAIL<br>MEDFORD, NJ 855 |
| MID ATLANTIC SERVICES<br>505 BLUE BALL RD.P O BOX 249<br>ELKTON, MD 21922 | MIDLANTIC MACHINERY, INC.<br>2240 BETHLEHEM PIKE<br>HATFIELD, PA 19440 | MIKES DIESEL SERVICE<br>304 W PULASKI HWY<br>ELKTON, MD 21921 |
| MINERAL INDUSTRIES<br>75 LAKE RDSUITE 209<br>CONGERS, NY 10920 | MOUNTAIN-VALLEY SERVICES LLC<br>609 OLSON STREET<br>RIDGWAY, PA 15853 | MOYER INDOOR/OUTDOOR<br>PO BOX 825661<br>PHILADELPHIA, PA 19182 |
| MURPHY JOHN'S, INC.<br>1110 BOLTON WOODS ROAD<br>SUDLERSVILLE, MD 21668 | MURPHY TRACTOR & EQUIPMENT CO, INC<br>11441 MOSTELLER RD<br>CINCINNATI, OH 45241 | MYERS COVE NURSERY, INC<br>3876 MYERS COVE ROAD<br>MCMINNVILLE, TN 37110 |

| | | |
|---|---|---|
| NATIONAL CONSTRUCTION RENTALS, INC<br>PO BOX 841461<br>LOS ANGELES, CA 90084 | NBC UNIVERSAL<br>10 MONUMENT ROAD<br>BALA CYNWYD, PA 19004 | NEWCOMB'S NURSERY<br>105 BELVEDERE AVE.<br>VINELAND, NJ 8360 |
| NEWTEK<br>1981 MARCUS AVENUE, STE 130<br>NEW HYDE PARK, NY 11042 | NEWTEK SMALL BUSINESS FINANCE, LLC<br>1981 MARCUS AVENUE, SUITE 130<br>NEW HYDE PARK,, NY 11042 | NOLT BACKHOE SERVICE, LLC<br>681 WIDE HOLLOW RD<br>EAST EARL, PA 17519 |
| NORTH AVENUE CAPITAL<br>816 A1A NORTH, SUITE 304<br>PONTE VEDRA BEACH, FL 32082 | NORTHERN NURSERIES, INC<br>487 ELIZABETH AVENUE<br>SOMERSET, NJ 8873 | NORTHERN TOOL & EQUIPMENT COMPANY, INC.<br>HSBC BUSINESS SOLUTIONS<br>PO BOX 5219<br>CAROL STREAM, IL 60197 |
| NORTHWEST EXTERMINATING<br>830 KENNESAW AVENUE<br>MARIETTA, GA 30060 | NUTRIEN AG SOLUTIONS<br>1406 HOLLY HILL RD<br>MILFORD, DE 19963 | O'DONNELL'S REPAIR WEST INC.<br>1696 SOUTH WAVERLY<br>LANSING, MI 48917 |
| OHIO BUREAU OF WORKERS' COMPENSATION<br>PO BOX 89492<br>CLEVELAND, OH 44101 | OLDCASTLE INFRASTRUCTURE<br>3900 GLOVER ROAD<br>EASTON, PA 18040 | ONE SOURCE AUTOMOTIVE, LLC<br>32 W ST. ROAD<br>FEASTERVILLE- TREVOSE, PA 19053 |
| ONSITE EQUIPMENT MAINTENANCE<br>125 LADOMUS AVE<br>RIDLEY PARK, PA 19078 | O'REILLY AUTO PARTS<br>233 S PATTERSON AVE<br>SPRINGFIELD, MO 65802 | ORGANIC APPROACH LLC<br>128 WEAVER ROAD<br>LANCASTER, PA 17603 |
| ORKIN, 634-N. CHICAGO COMM, IL<br>1701 HOWARD ST #A<br>ELK GROVE VILLAGE, IL 60007 | TRAVELERS CASUALTY & SURETY OF AMERICA<br>ATTN: MIKE LACY, ACCOUNT EXECUTIVE<br>BOND & FINANCIAL<br>111 SCHILLING ROAD<br>HUNT VALLEY, MD 21031 | P & A ASSOCIATES<br>C/O STONEHENGE ADVISORS<br>4328-42 RIDGE AVENUE , UNIT 104<br>PHILADELPHIA, PA 19129 |
| P & B LAWN SERVICE<br>11211 SHALOM LANE<br>HAGERSTOWN, MD 21742 | PA DEPT. OF TRANSPORTATION<br>BUREAU OF MOTOR VEHICLESP. O. BOX 68285<br>HARRISBURG, PA 17106-1270 | PADCO FINANCIAL SERVICES<br>1328 MAIN STREET<br>CRETE, IL 60417 |
| PAMELA GRESKO<br>994 COMMERCE DRIVE<br>POTTSTOWN, PA 19464 | PARCS SUPERSTORES<br>247 W. MAIN STREET<br>SALEM, WV 26426 | PARKER GOODMAN GORDON & HAMMOCK, LLC<br>129 N. WASHINGTON STREETPO BOX 1209<br>EASTON, MD 21601 |
| PARRISH LAWN CARE & LANDSCAPING<br>122 WAITE LANE<br>ALIQUIPPA, PA 15001 | PATIENT FIRST GREEN SPRINGS<br>P.O. BOX 758952<br>BALTIMORE, MD 21275-8952 | PAYROLL<br>P O BOX 11756<br>PHILADELPHIA, PA 19101 |

| | | |
|---|---|---|
| PEACH COUNTRY TRACTOR, INC.<br>749 MULLICA HILL ROAD<br>MULLICA HILL, NJ 8062 | PEAK EQUIPMENT, LLC<br>PO BOX 822<br>NEW PROVIDENCE, NJ 7974 | PECO ENERGY<br>P O BOX 37629<br>PHILADELPHIA, PA 19101 |
| PENN MEDICINE - CHERRY HILL<br>ATTN: JANE MCKINNEY<br>1865 ROUTE 70 EAST<br>CHERRY HILL, NJ 08034 | PENN MEDICINE<br>3930 CHESTNUT STREET<br>1ST FLOOR<br>PHILADELPHIA, PA 19131 | PENN PRESBYTERIAN MEDICAL CENTER<br>ATTN: MR. WILLIAM TOMKO<br>P.O. BOX 60256<br>PHILADELPHIA, PA 19102 |
| PENN VALLEY CONSTRUCTORS, INC.<br>1707 SOUTH PENNSYLVANIA AVENUE<br>MORRISVILLE, PA 19067 | PENNS LANDING SQUARE CONDO ASSOC.<br>C/O CAMCO ATTN: MARY ELLEN PATTON<br>511 WEST CHESTER PIKE<br>HAVERTOWN, PA 19083 | PENSKE TRUCK LEASING CO., LP<br>PO BOX 827380<br>PHILADELPHIA, PA 19182 |
| PEOPLEREADY<br>1002 SOLUTION CENTER<br>CHICAGO, IL 60677 | PESTCO PROFESSIONAL SERVICES, LLC.<br>290 ALPHA DRIVE<br>PITTSBURGH, PA 15238 | PHILADELPHIA PARKING AUTHORITY - RED LIGHT CAMERA PROGRAM<br>P.O. BOX 742503<br>CINCINNATI, OH 45274 |
| PIONEER GARDENS, INC.<br>198 MILL VILLAGE ROAD<br>DEERFIELD, MA 1342 | PITNEY BOWES/PURCHASE POWER<br>P O BOX 371887<br>PITTSBURGH, PA 15250-7874 | PIVOT OCCUPATIONAL HEALTH<br>200 BIDDLE AVENUE SUITE 213<br>NEWARK, DE 19702 |
| PLANTS EXPRESS LLC<br>PO BOX 99<br>WILLOW SPRINGS, MO 65793 | PLASTERER EQUIPMENT CO., INC.<br>2550 E. CUMBERLAND STREET<br>LEBANON, PA 17042 | PLASTIC LUMBER YARD<br>227 ISABELLA ST<br>PLYMOUTH MEETING, PA 19462 |
| PLS LOGISTICS<br>3120 UNIONVILLE ROAD, BLDG. 110<br>CRANBURY TOWNSHIP, PA 16606 | POLEN IMPLEMENT<br>42255 OBERLIN ELYRIA RD<br>ELYRIA, OH 44035 | PORT 95 INDUSTRIAL PARK, LLP<br>C/O CREG ATTN: CHRISTOPHER MURRAY<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 |
| POST PRODUCTS INC<br>PO BOX 777<br>KENT, OH 44240 | POWERCO, INC.<br>7247 PENN DRIVE<br>ALLENTOWN, PA 18106 | PRECISION LAWN AND TREE<br>5570 BYHALIA RD<br>HERNANDO, MS 38632 |
| PRESTON HECKLER LIQUID DISPOSAL LLC<br>628 RUSTIC DR<br>PERKASIE, PA 18944 | PRINCIPAL FINANCIAL/MASS MUTUAL<br>P.O. BOX 9067<br>SPRINGFIELD, MA 01102-9067 | PRIORITY 1 INC.<br>PO BOX 840808<br>DALLAS, TX 75284 |
| PROMISING DEVELOPMENT, LLC<br>740 SPRINGDALE DR. SUITE 205<br>EXTON, PA 19341 | PROSPERO NURSERY<br>1120KNOLLWOOD ROAD<br>WHITE PLAINS, NY 10603 | PSC CONTRACTING INC<br>P.O BOX 319<br>DELAWARE CITY, DE 19706 |

| | | |
|---|---|---|
| PUGLISI REALTY OF DELAWARE, LLC<br>ATTN: PRESIDENT<br>75 EASY STREET<br>HOWELL, NJ 7731 | RANDY GRAMMER<br>4029 VERBENA DRIVE<br>MOODY, AL 35004-3601 | RAY'S GARAGE<br>1963 WHITETOP RD<br>CHILHOWIE, VA 24319 |
| REBECCA'S CLEANING SERVICE, LLC<br>539 SANDY OAKS BLVD<br>ORMOND BEACH, FL 32174 | RECOVERY CENTERS OF AMERICA<br>ATTN: MIKE DESROSIERS<br>2701 RENAISSANCE BLVD.<br>KING OF PRUSSIA, PA 19406 | RED HEN TURF FARM, INC<br>29435 DARDEN RD<br>NEW CARLISLE, IN 46552 |
| REGAL RESTROOMS, LLC<br>2959 PULASKI HIGHWAY<br>NORTH EAST, MD 21901 | RENATO VENTURA HERNANDEZ<br>100 S CHURCH ST.PO BOX 154<br>SUDLERSVILLE, MD 21668 | RENTOKIL NORTH AMERICA INC. DBA<br>TARGET SPECIALTY PRODUCTS<br>3630 COMMERCE DRIVESUITES 107-108<br>BALTIMORE, MD 21227 |
| REPAIR AND RENOVATION SOLUTIONS, INC.<br>47 COLE ROAD<br>TOWNSEND, DE 19734 | REPUBLIC SERVICES<br>P.O. BOX 9001099<br>LOUISVILLE, KY 40290 | RICHARD S. BURNS & COMPANY INC<br>4300 RISING SUN AVENUE<br>PHILADELPHIA, PA 19140 |
| RICK RETTINGER<br>45 CLAYSTONE DRIVE<br>DOVER, DE 19901 | RICK'S AUTO BODY SHOP, INC<br>55259 MAYFLOWER RD<br>SOUTH BEND, IN 46628 | RIDGEVIEW NEW HOLLAND, INC<br>PO BOX 1216<br>ORANGE, VA 22960 |
| RIDGEWAY MEMORIAL SERVICE<br>P.O BOX 110<br>RIDGEWAY, VA 24148 | RIGG'S OUTDOOR POWER- MISHAWAKA<br>825 MEIJER DRIVE<br>MISHAWAKA, IN 46544 | RINGCENTRAL<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| ROBERT C DOUGHERTY CLIENT TRUST ACCOUNT<br>P O BOX 1254<br>MCMINNVILLE, OR 97128 | ROBERT FAUVELLE<br>30 SAVANNAH DRIVE EAST<br>BEAR, DE 19701 | RODNEY WALTERS<br>18 HANNON WAY<br>CARTERSVILLE, GA 30120 |
| ROJAS & CORDERO LANDSCAPING, LLC<br>2073 WALTON AVE<br>PITTSBURGH, PA 15210 | ROSE PEST SOLUTIONS<br>PO BOX 309<br>TROY, MI 48099-0309 | ROSS CAPITAL PARTNERS, LLC<br>724 YORKLYN ROAD<br>HOCKESSIN, DE 19707 |
| ROSS GROSSMAN<br>2407 ANDERSON HILL ST<br>MARRIOTTSVILLE, MD 21104 | ROSS WELDING SUPPLIES INC<br>29 GRIMM RD<br>TARENTUM, PA 15084 | ROTHBERG & FEDERMAN<br>3103 HULMEVILLE RD<br>BENSALEM, PA 19020 |
| ROYAL PETROLEUM CORPORATION<br>685 ELMWOOD AVE<br>SHARON HILL, PA 19079 | RRC MEDICAL REAL ESTATE AS MANAGINGAGENT FOR HSRE ROOSEVELT BLVD., LLC<br>10857 KUYKENDAHL ROAD, SUITE 200<br>SPRING, TX 77382 | RYDER TRANSPORTATION SERVICES<br>PO BOX 96723<br>CHICAGO, IL 60693 |

| | | |
|---|---|---|
| S&S LAWNCARE<br>1990 DODGETOWN ROAD<br>WALNUT COVE, NC 27052 | SABIA LANDSCAPE, INC.<br>115 E GLENSIDE AVENUESUITE 9<br>GLENSIDE, PA 19038 | SAM GREEN VAULT CORPORATION<br>PO BOX 924<br>LYNCHBURG, VA 24505 |
| SCHOTT NURSERIES INC.<br>2932 BASEHORSE MILL ROAD<br>TANEYTOWN, MD 21787 | SCOTT PAULEY<br>968 PRICE HOLLOW ROAD<br>ELKVIEW, WV 25071 | SCRAPPY'S AUTO SERVICE INC.<br>350 EAST LINCOLN HIGHWAY.<br>LANGHORNE, PA 19047 |
| SEARS AUTO CENTER<br>225 MEADOWBROOK MALL<br>BRIDGEPORT, WV 26330 | SECRETARY OF STATE DIVISION OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| SEC NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281 | SECURITY EQUIPMENT CO.<br>3828 WASHINGTON BLVD<br>BALTIMORE, MD 21227 | SEIU LOCAL 1<br>PO BOX 94421<br>CHICAGO, IL 60690 |
| SELECTIVE INSURANCE COMPANY OF AMERICA<br>BOX 371468<br>PITTSBURGH, PA 15250-7468 | SELF HEATING & COOLING, INC<br>219 KEITH VALLEY RD<br>HORSHAM, PA 19044 | SERVICE GROUP UNLIMITED<br>10188 AUBURN AVE<br>CINCINNATI, OH 45241 |
| SHERWOOD LAWN & LANDSCAPE LLC<br>4341 HAZY LN<br>GREENWOOD, IN 46142 | SHORE ACCOUNTANTS MD INC.<br>115 PULLMAN CROSSING ROAD<br>GRASONVILLE, MD 21638 | SHORECUT LAWN CARE LLC<br>118 NORTH DIVISION ST #303<br>SALISBURY, MD 21801 |
| SHORT STAFFED INC<br>818 5TH STREET<br>SIOUX CITY, IA 51101 | SHOWBIZ TRUCKING<br>1850 HENRY COWGILL RD.<br>CAMDEN, DE 19934 | SIMPLY CLEAN INC BY STACY<br>2804 CARROLL AVE<br>LYNCHBURG, VA 24501 |
| SITEONE LANDSCAPE SUPPLY<br>24110 NETWORK PLACE<br>CHICAGO, IL 60673 | SJ TURF CONSULTANTS LLC<br>1634 RT 206 SUITE C<br>TABERNACLE, NJ 8088 | SLAYMAKER RENTALS & SUPPLY CO<br>146 PENN STREET<br>WASHINGTON BORO, PA 17582 |
| SMARTSHEET INC<br>DEPT 3421<br>PO BOX 123421<br>DALLAS, TX 75312 | SMG GRANITE<br>1610 MANNING BLVD UNIT D<br>LEVITTOWN, PA 19057 | SNEDEKER ENERGY<br>709 E WALNUT ST<br>PO BOX 585<br>LEWISTOWN, PA 17044 |
| SNS FINANCIAL & STRATEGIC SOLUTIONS, LLC<br>1388 HELLER DRIVE<br>YARDLEY, PA 19067 | SOUTH DAYTONA TRACTOR & MOWER, INC<br>3000 A SOUTH RIDGEWOOD AVE<br>SOUTH DAYTONA, FL 32119 | SOUTHEAST SAND<br>2 OAKWOOD LANE<br>HUTCHINSON, KS 67502 |

| | | |
|---|---|---|
| SOUTHERN STATES<br>5784 VALLEY PIKE<br>STEPHENS CITY, VA 22655 | SOUTHERN TOUCH LAWN AND LANDSCAPE<br>8015 OAKVILLE RD<br>APPOMATTOX, VA 24522 | SOWISDRAL LANDSCAPING LLC<br>4327 DOBSON STREET<br>PHILADELPHIA, PA 19129 |
| SPECPRINT, INC.<br>7R AYLESBURY ROAD<br>TIMONIUM, MD 21093 | SSC ELKTON PETROLEUM SERVICES<br>213 W PULASKI HWY.<br>ELKTON, MD 21921 | ST. AGNES MOB LLC CONST. HEALTH PLAZA<br>1930 S. BROAD STREET, UNIT 1<br>PHILADELPHIA, PA 19145 |
| STANCILLS INC.<br>499 MOUNTAIN HILL ROAD<br>PERRYVILLE, MD 21903 | STARKEY LAWN & LAND, LLC<br>700 CHARLES LANE<br>FAIRCHANCE, PA 15436 | STATE EQUIPMENT<br>PO BOX 3939<br>CHARLESTON, WV 25339 |
| STAUFFER REPAIR SHOP, LLC<br>159 E CHURCH ST<br>STEVENS, PA 17578 | STEVEN FASICK<br>724 YORKLYN ROAD, SUITE 350<br>HOCKESSIN, DE 19707 | STEVEN GUILLEN<br>25561 OLD GRASS LAKE<br>ANTIOCH, IL 60002 |
| STEVEN MARTIN<br>249 CHARTLEY DRIVE<br>REISTERSTOWN, MD 21136 | STEVENS BURIAL VAULT, LLC<br>10664 TIDEWATER TRAIL<br>CHAMPLAIN, VA 22438 | STILL POND NURSERY SALES<br>11089 GALENA ROAD<br>MILLINGTON, MD 21651 |
| STONE PAVERS IMPORTERS<br>816 WEST CREEK LANE<br>MIDDLETOWN, DE 19709 | STONE PETROLEUM PRODUCTS, INC<br>PO BOX 939<br>OCALA, FL 34478 | STONEHENGE ADVISORS<br>4328-42 RIDGE AVENUE , UNIT 104<br>PHILADELPHIA, PA 19129 |
| SELECTIVE INSURANCE COMPANY<br>ATTN: MARY RYE, UNDERWRITING SPECIALIST<br>6 NORTH PARK DRIVE, SUITE 200<br>HUNT VALLEY, MD 21031 | SUNBELT RENTALS<br>2341 DEERFIELD DR<br>COLFAX, NC 27235 | SUPERIOR EQUIPMENT RENTAL CO<br>36 GERMANY DR<br>WILMINGTON, DE 19804 |
| SYNA TEK<br>737 HAGEY CENTER DRIVE, UNIT A<br>SOUDERTON, PA 18964 | T.E LANIER<br>144 SALEM RD<br>LAGRANGE, GA 30241 | T.H GLENNON COMPANY INC.<br>25 FANARAS DRIVE<br>SALISBURY, MA 1952 |
| TARLOW NAITO & SUMMERS LLP<br>621 S.W. MORRISTN ST<br>SUITE 1225<br>PORTLAND, OR 97205 | TDL LANDSCAPING LLC<br>436 E NINTH AVE<br>COLLEGEVILLE, PA 19426 | TEAMSTERS LOCAL 107<br>1 E. 15TH STREET<br>CHESTER, PA 19013 |
| TEAMSTERS LOCAL 525<br>830 E BROADWAY<br>ALTON, IL 62002 | TENNESSEE VALLEY NURSERY, INC.<br>145 TENNESSEE VALLEY  DRIVE<br>WINCHESTER, TN 37398 | TERMINIX<br>PO BOX 2587<br>FAYETTEVILLE, NC 28302 |

| | | |
|---|---|---|
| TERRY WARD DBA T WARD TRUCKING & CO, LLC<br>227 MARSHALL DR<br>CENTREVILLE, MD 21617 | THE BROTHERS GRIMM GRASS CO, INC<br>6408 S. MAIN STREET<br>NEW FRANKLIN, OH 44216 | THE CITY SCHOOL<br>860 NORTH 24TH STREET<br>PHILDELPHIA, PA 19130 |
| THE DAVEY TREE EXPERT CO<br>P.O. BOX 94532<br>CLEVELAND, OH 44101 | THE EXECUTIVE BOARD FOR PARKVIEW WEST<br>C/O CAMCO ATTN: DIANE GOTHARD<br>215 W. CHURCH ROAD, SUITE 101<br>KING OF PRUSSIA, PA 19406 | THE GRASS GROOMERS, LLC<br>4100 NEWPORTVILLE RD<br>LEVITTOWN, PA 19056 |
| THE LAKE DOCTORS, INC<br>3543 STATE ROAD 419<br>WINTER SPRINGS, FL 32708 | THE LANDING AT SOUTHAMPTON<br>ATTN: ASHLEY HARKER<br>1160 STREET ROAD<br>SOUTHAMPTON, PA 18966 | THE OUTDOOR ADVANTAGE<br>15841 YORK ROAD<br>GLENCOE, MD 21152 |
| THE PHILADELPHIA INQUIRER<br>PO BOX 822063<br>PHILADELPHIA, PA 19182 | THE REALTY ASSOCIATES FUND XI PORTFOLIO<br>C/O CREG ATTN: JOHN CROSSEN<br>1343 ASHTON ROAD, SUITE B<br>HANOVER, MD 21076 | THE TANKARD NURSERIES<br>P O BOX 649<br>EXMORE, VA 23350 |
| THORNTON SERVICES, INC<br>518 W. 64TH ST<br>ANNISTON, AL 36206 | TIDELAND GARDENS, INC.<br>10040 PERKINS HILL ROAD<br>CHESTERTOWN, MD 21620 | TIMOTHY'S CENTER FOR GARDENING<br>1185 RT 130<br>ROBBINSVILLE, NJ 8691 |
| TIPCO TECHNOLOGIES INC<br>11412 CRONHILL DR<br>OWINGS MILLS, MD 21117 | TOM MASHA LLC<br>729 PENN GREEN ROAD<br>LANDENBERG, PA 19350 | TOTAL QUALITY LOGISTICS LLC<br>PO BOX 799<br>MILFORD, OH 45150 |
| TOWN OF CHESAPEAKE CITY<br>PO BOX 205<br>CHESAPEAKE CITY, MD 21915 | TQL<br>PO BOX 634558<br>CINCINNATI, OH 45263 | TRANSAXLE<br>ROUTE 73 & O'DONNELL LANE<br>P O BOX 2132<br>CINNAMINSON, NJ 8077 |
| TRANSFORCE<br>5520 CHEROKEE AVENUE, SUITE 200<br>ALEXANDRIA, VA 22312 | TRANSUE CONTRACTING<br>1136 GREENWAY AVE<br>STROUDSBURG, PA 18360 | TRI SUPPLY & EQUIPMENT, INC.<br>1685 RIVER ROAD<br>NEW CASTLE, DE 19720 |
| TRISCAPE LAWN MAINTENANCE, INC<br>2530 COMMERCIAL ROAD<br>FORT WAYNE, IN 46809 | TRI-STATE BATTERY & AUTO ELECTRIC, INC.<br>P.O. BOX 5808<br>NEWARK, DE 19714 | TRUGREEN<br>PO BOX 9001033<br>LOUISVILLE, KY 40290 |
| TRUGREEN<br>ATTN: COMMERICAL DEPT<br>403 PRINCE GEORGE BLVD<br>UPPER MARLBORO, MD 20774 | TWIN OAKS NURSERY INC<br>P.O. BOX 488<br>WILMER, AL 36587 | TYLO EQUIPMENT CO. INC<br>3701 CAROLINA AVE<br>RICHMOND, VA 23222 |

| | | |
|---|---|---|
| U.S. LAWNS<br>3305 RURITANIA ST<br>RALEIGH, NC 27616 | U.S. LAWNS OF RICHMOND<br>112 COMMERCE PARK DRIVE<br>MANQUIN, VA 23106 | ULINE, INC.<br>P. O. BOX 88741<br>CHICAGO, IL 60680 |
| UNIFIRST CORPORATION<br>4159 SHORELINE DRIVE<br>EARTH CITY, MO 63045 | UNITED LAWNSCAPE, LLC<br>62170 VAN DYKE<br>WASHINGTON, MI 48094 | UNITED RENTALS, INC.<br>P.O. BOX 100711<br>ATLANTA, GA 30384 |
| UNITED SITE SERVICES<br>PO BOX 735008<br>DALLAS, TX 75373 | UPS FREIGHT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673 | VANGUARD CLEANING SYSTEMS OF PHILADELPHIA<br>67 BUCK RD B45<br>HUNTINGDON VALLEY, PA 19006 |
| VELDMAN'S SERVICE CENTER<br>5222 WESTERN AVENUE<br>SOUTH BEND, IN 46619 | VERIS BENEFITS CONSORTIUM<br>PO BOX 5406<br>LANCASTER, PA 17606 | VERSAILLES SI PRECAST<br>900 PETTY DRIVE<br>VERSAILLES, MO 65084 |
| VINCERA INSTITUTE<br>C/O STONEHENGE ADVISROS, INC.<br>ATTN: SUSANNE ELLIS<br>4328-42 RIDGE AVENUE<br>PHILADELPHIA, PA 19129 | VKM INTERNATIONAL, INC<br>289 NW 68TH AVENUE<br>OCALA, FL 34482 | WALLS VAULT SERVICE, LLC<br>PO BOX 231<br>KEARNEYSVILLE, WV 25430 |
| WALNUT HILL FARMS<br>947 WALNUT HILL ROAD<br>BELVIDERE, TN 37306 | WALSH CONSTRUCTION COMPANY II<br>3031 WEST GRAND BLVD., SUITE 640<br>DETRIOT, MI 48202 | WASTE MASTER SOLUTIONS<br>19 DAVIDSON LANE<br>NEW CASTLE, DE 19720 |
| WATERLOGIC AMERICAS LLC<br>P.O. BOX 513030<br>PHILADELPHIA, PA 19175 | WEBSTER & GARNER, INC.<br>PO BOX 368<br>CLIO, MI 48420 | WEEDS, INC.<br>250 BODLEY ROAD<br>ASTON, PA 19014 |
| WERAB ENTERPRISES, INC<br>1521 BANK STREET<br>ATWATER, OH 44201 | WEST CLEANING & MAINTENANCE, LTD.<br>3168 KINGSTREE COURT<br>DUBLIN, OH 43017 | WESTERN PEST SERVICES<br>PO BOX 259<br>SPRING HOUSE, PA 19477 |
| WHITES SANDBLASTING<br>551 WHITE RD<br>BYBEE, TN 37713 | WICHO & SONS LLC<br>248 RANDALIA RD.<br>CHESAPEAKE CITY, MD 21915 | WILCO EQUIPMENT REPAIR, INC<br>1656 STATE ROUTE 956<br>VOLANT, PA 16156 |
| WILKERSON OIL<br>PO BOX 31<br>CARSON, VA 23830 | WIL-KIL PEST CONTROL<br>P.O BOX 600730<br>JACKSONVILLE, FL 32260 | WILLARD'S GENERAL CONTRACTING CO<br>669 SMITHFIELD NEW GENEVA RD<br>SMITHFIELD, PA 15478 |

| | | |
|---|---|---|
| WILLIAM F. RIDDLE, ESQ<br>204 EAST MAIN STREET<br>ELKTON, MD 21921 | WILLIAM HUTCHINS<br>730 STONEHOUSE WAY<br>HOCKESSIN, DE 19707 | WILLIAMS CHEVROLET<br>#2 AUTOMOTIVE BLVD.<br>ELKTON, MD 21921 |
| WILLIAMS EQUIPMENT & SUPPLY<br>PO BOX 1000, DEPT 295<br>MEMPHIS, TN 38148-0295 | WILLOW SPRINGS TREE FARMS<br>3000 PEPPERS FERRY ROAD<br>FAIRLAWN, VA 24141 | WINCHESTER EQUIPMENT COMPANY<br>121 INDIAN HOLLOW ROAD<br>WINCHESTER, VA 22603 |
| WM E. BABIKOW SONS, INC.<br>7838 BABIKOW ROAD<br>ROSEDALE, MD 21237 | WM STENTON, L.P.<br>C/O STONEHENGE ADVISROS, INC.<br>43-42 RIDGE AVENUE   UNIT 104<br>PHILADELPHIA, PA 19129 | WOODFIN<br>PO BOX 90308<br>RICHMOND, VA 23230 |
| WOODY COVE<br>PO BOX 296<br>BUCHANAN, GA 30113 | WYE NURSERY INC.<br>11003 TUCKAHOE ROAD<br>DENTON, MD 21629 | X-ERGON<br>PO BOX 971342<br>DALLAS, TX 75397-1342 |
| YEARWOOD TRUCKING LLC<br>5525 TWIN KNOLLS RD, STE 330<br>COLUMBIA, MD 21045 | ZOLMAN TIRE INC<br>2014 E MCKINLEY AVE<br>MISHAWAKA, IN 46545 | SELECTIVE INSURANCE COMPANY<br>C/O FIRST INSURANCE FUNDING<br>ATTN: ARLENE ROBINSON-ROLLINS<br>450 SKOKIE BOULEVARD, SUITE 1000<br>NORTHBROOK, IL 60062 |
| TRAVELERS INDEMITY CO. OF AMERICA<br>C/O CRC GROUP<br>ATTNL CJ SNIDER<br>700 CENTRUY PARK SOUTH, SUITE 216<br>BIRMINGHAM, AL 35226 | TRAVELERS INDEMITY CO. OF AMERICA<br>C/O FIRST INSURANCE FUNDING<br>ATTN: ARLENE ROBINSON-ROLLINS<br>450 SKOKIE BOULEVARD, SUITE 1000<br>NORTHBROOK, IL 60062 | TRAVELERS CASUALTY & SURETY OF AMERICA<br>C/O FIRST INSURANCE FUNDING<br>ATTN: ARLENE ROBINSON-ROLLINS<br>450 SKOKIE BOULEVARD, SUITE 1000<br>NORTHBROOK, IL 60062 |