**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., *et al.*,[1] | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Doc. 85 |

**ORDER APPROVING STIPULATION AND AGREED ORDER REGARDING MOTION
OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER PURSUANT TO
F.R. CIV. P. 26(c) AND DEL. BANKR. L.R. 7030-1(c) QUASHING NOTICE OF
DEPOSITION OF JOHN D. PURSELL, JR.**

Upon consideration of the Stipulation and Agreed Order Regarding Motion of Debtors

and Debtors-in-Possession for an Order Pursuant to F.R. Civ. P. 26(c) and Del. Bankr. L.R.

7030-1(c) Quashing Notice of Deposition of John D. Pursell, Jr. (the "Stipulation"), a copy of

which is annexed hereto as Exhibit 1, and it appearing that the parties consent to the relief

requested under the Stipulation, it is hereby:

ORDERED, that the Stipulation is approved and incorporated by reference herein; and it

is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters

arising from or related to the Stipulation and this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

9031156.1 49673/143166 9/2/21