# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., *et al.*, | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. \_\_\_\_** |

## ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING EMERGENCY POST-PETITION FINANCING; (II) GRANTING LIENS; AND (III) PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS

Upon consideration of Moon Group, Inc. and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") *Motion to Shorten Notice with Respect to Motion to Debtors' Motion for Interim and Final Orders (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status* (the "Motion to Shorten"), and finding just cause for the relief requested in the Motion to Shorten;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing on the Motion will be held on September 15, 2021 at 10:00 a.m.

3. The deadline to object to the Motion is at the hearing.