# Exhibit 1
## (Revised Budget)


*TRUE MOON*

| | Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending | 8/14/21 | 8/21/21 | 8/28/21 | 9/4/21 | 9/11/21 | 9/18/21 | 9/25/21 | 10/2/21 | 10/9/21 | 10/16/21 | 10/23/21 |
| | | *Actual* | *Actual* | *Actual* | *Actual* | *Actual* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* | *Projected* |
| **BALANCE SHEET DATA** | | | | | | | | | | | | |
| *Total Cash Inflows From Operations* | | 316,454 | 652,823 | 852,291 | 65,171 | 578,029 | 79,447 | 848,144 | 165,915 | 928,624 | 618,101 | 837,802 |
| DIP Loan Proceeds | | | | | | | 6,250,000 | | 1,750,000 | | | |
| Total Cash Received | | | | | | | 6,329,447 | | 1,915,915 | | | |
| *Cash Outflows From Operations* | | | | | | | | | | | | |
| Payroll & Taxes | | 103,866 | 663,054 | 358,424 | 375,219 | 338,907 | 650,000 | 0 | 650,000 | 0 | 650,000 | 0 |
| Health & Dental Insurance | | 0 | 0 | 0 | 0 | 0 | 0 | 300,000 | 50,000 | 0 | 0 | 150,000 |
| Total Payroll Related Expenses | | 103,866 | 663,054 | 358,424 | 375,219 | 338,907 | 650,000 | 300,000 | 700,000 | 0 | 650,000 | 150,000 |
| Equip Rental - MOON | | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Vehicle Leases | | | | 0 | | | 0 | 16,463 | 0 | 0 | 0 | 15,021 |
| Freight | | 0 | 0 | 0 | 0 | 0 | 2,500 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Fuel - MOON | | 0 | 0 | 10,000 | 5,000 | 5,000 | 5,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| HMS GL/WC Insurance | | 0 | 0 | 28073 | 112,120 | 0 | 0 | 134,218 | 30,000 | 0 | 0 | 138,226 |
| Material - MOON | | 0 | 2,800 | 0 | 4,590 | 1,500 | 0 | 0 | 0 | 15,000 | 15,000 | 25,000 |
| Misc MOON | | 0 | 0 | 165 | 311 | 235 | 0 | 0 | 0 | 0 | 0 | 0 |
| Misc AP | | 0 | 0 | 0 | 10,000 | 11,968 | 0 | 15,000 | 10,000 | 20,000 | 20,000 | 30,000 |
| Pex - MOON | | 0 | 0 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Plant Materials | | 0 | 0 | 9,272 | 0 | 0 | 82,779 | 50,000 | 60,000 | 20,000 | 10,000 | 75,000 |
| Rent | | 0 | 0 | 0 | 7,500 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 |
| Sales Tax IRS/Sales/Property | | 0 | 0 | 0 | 0 | 25,903 | 0 | 0 | 25,000 | 0 | 0 | 0 |
| Stonemor - PEX | | 0 | 0 | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Stonemor - Material | | 0 | 0 | 0 | 10,000 | 12,236 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Stonemor - Fuel | | 0 | 0 | 0 | 5,000 | 0 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Stonemor - Equip Rental | | 0 | 0 | 0 | 0 | 1,406 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Stonemor - Mowing | | 0 | 0 | 0 | 0 | 22,312 | 0 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Stonemor - Other Subs | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subcontracts - MOON | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | | 0 | 0 | 0 | 0 | 0 | 10,000 | 0 | 10,000 | 0 | 0 | 10,000 |
| *Total Cash Outflows NON Payroll* | | 0 | 2,800 | 77,510 | 169,521 | 95,560 | 135,279 | 354,181 | 293,500 | 193,500 | 183,500 | 431,747 |
| Payroll Total | | 103,866 | 663,054 | 358,424 | 375,219 | 338,907 | 650,000 | 300,000 | 700,000 | 0 | 650,000 | 150,000 |
| *Total Cash Outflows From Operations* | | 103,866 | 665,854 | 435,934 | 544,740 | 434,467 | 785,279 | 654,181 | 993,500 | 193,500 | 833,500 | 581,747 |
| *Cash Flow From Operations* | | 212,588 | (13,031) | 416,357 | (479,569) | 143,562 | 5,544,168 | 193,963 | 922,415 | 735,124 | (215,399) | 256,055 |
| **Debt Payments** | | | | | | | | | | | | |
| North Ave Capital | | 0 | 0 | | 83,372 | 0 | 0 | 83,371 | 0 | 0 | 0 | 0 |
| Newtek | | 0 | 0 | | 0 | 56,695 | 0 | 0 | 61,286 | 0 | 0 | 0 |
| Kore Capital | | | | | 0 | | 5,500,000 | | | | | |
| *Total Debt Payments* | | 0 | 0 | 0 | 83,372 | 56,695 | 5,500,000 | 83,371 | 61,286 | 0 | 0 | 0 |
| **Chapter 11 Expenses** | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | 240,000 | | | 180,000 |
| UST Fees | | | | | | | | | | | | |
| *Ending Cash Balance* | 74,030 | 286,618 | 273,587 | 689,944 | 127,003 | 213,870 | 258,038 | 368,630 | 989,759 | 1,724,883 | 1,509,484 | 1,585,539 |


TRUE MOON

| | Week | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending | 10/30/21 | 11/6/21 | 11/13/21 | 11/20/21 | 11/27/21 | 12/4/21 | 12/11/21 | 12/18/21 | 12/25/21 | 1/1/22 | 21 Wk total* |
| | | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected | Projected |
| **BALANCE SHEET DATA** | | | | | | | | | | | | |
| *Total Cash Inflows From Operations* | | 184,755 | 1,071,590 | 97,507 | 1,914,832 | 202,263 | 1,629,192 | 50,461 | 1,255,302 | 972,520 | 1,008,050 | 14,329,273 |
| **DIP Loan Proceeds** | | | | | | | | | | | | 8,000,000 |
| **Total Cash Received** | | | | | | | | | | | | 22,329,273 |
| *Cash Outflows From Operations* | | | | | | | | | | | | |
| **Payroll & Taxes** | | 650,000 | 0 | 650,000 | 0 | 650,000 | 0 | 600,000 | 0 | 600,000 | 0 | 6,939,470 |
| **Health & Dental Insurance** | | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 | 0 | 0 | 800,000 |
| **Total Payroll Related Expenses** | | 650,000 | 0 | 650,000 | 150,000 | 650,000 | 0 | 600,000 | 150,000 | 600,000 | 0 | 7,739,470 |
| Equip Rental - MOON | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,500 | 1,500 | 1,500 | 1,000 | 0 | 30,500 |
| Vehicle Leases | | 0 | 0 | 0 | 0 | 14,000 | 0 | 0 | 0 | 13,000 | 0 | 58,484 |
| Freight | | 20,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 0 | 0 | 0 | 272,500 |
| Fuel - MOON | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 115,000 |
| HMS GL/WC Insurance | | 0 | 26,909 | 0 | 134,218 | 0 | 0 | 0 | 0 | 0 | 0 | 603,764 |
| Material - MOON | | 15,000 | 25,150 | 15,150 | 25,150 | 15,150 | 22,750 | 12,750 | 15,750 | 0 | 0 | 210,740 |
| Misc MOON | | 0 | 0 | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 | 10,711 |
| Misc AP | | 30,000 | 40,000 | 40,000 | 40,000 | 40,000 | 35,000 | 35,000 | 35,000 | 0 | 0 | 411,968 |
| Pex - MOON | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 2,000 | 5,000 | 97,000 |
| Plant Materials | | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 7,500 | 7,500 | 7,500 | 0 | 0 | 529,551 |
| Rent | | 0 | 20,000 | 0 | 0 | 0 | 20,000 | 0 | 0 | 0 | 20,000 | 87,500 |
| Sales Tax IRS/Sales/Property | | 25,000 | 0 | 0 | 0 | 25,000 | 0 | 0 | 0 | 25,000 | 0 | 125,903 |
| Stonemor - PEX | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 200,000 |
| Stonemor - Material | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 182,236 |
| Stonemor - Fuel | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 85,000 |
| Stonemor - Equip Rental | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 81,406 |
| Stonemor - Mowing | | 75,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 472,312 |
| Stonemor - Other Subs | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subcontracts - MOON | | 240,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 240,000 |
| Utilities | | 0 | 10,000 | | | | 10,000 | | | | 10,000 | 60,000 |
| | | | | | | | | | | | | |
| *Total Cash Outflows NON Payroll* | | 490,500 | 232,559 | 165,650 | 309,868 | 204,650 | 171,750 | 121,750 | 99,750 | 73,500 | 67,500 | 3,874,575 |
| **Payroll Total** | | 650,000 | 0 | 650,000 | 150,000 | 650,000 | 0 | 600,000 | 150,000 | 600,000 | 0 | 7,739,470 |
| *Total Cash Outflows From Operations* | | 1,140,500 | 232,559 | 815,650 | 459,868 | 854,650 | 171,750 | 721,750 | 249,750 | 673,500 | 67,500 | 11,614,045 |
| | | | | | | | | | | | | |
| **Cash Flow From Operations** | | (955,745) | 839,031 | (718,143) | 1,454,964 | (652,387) | 1,457,442 | (671,289) | 1,005,552 | 299,020 | 940,550 | 2,715,228 |
| | | | | | | | | | | | | |
| **Debt Payments** | | | | | | | | | | | | |
| **North Ave Capital** | | 83,371 | 0 | 0 | 0 | 83,371 | 0 | 0 | 0 | 0 | 83,371 | 416,856 |
| **Newtek** | | 0 | 61,286 | 0 | 0 | 61,286 | 0 | 0 | 0 | 0 | 61,286 | 301,839 |
| **Kore Capital** | | | | | | | | | | | | 5,500,000 |
| *Total Debt Payments* | | 83,371 | 61,286 | 0 | 0 | 144,657 | 0 | 0 | 0 | 0 | 144,657 | 6,218,695 |
| | | | | | | | | | | | | |
| **Chapter 11 Expenses** | | | | | | | | | | | | |
| **Professional Fees** | | | | | 375,000 | | | | 375,000 | | | 1,170,000 |
| **UST Fees** | | 80,750 | | | | | | | | | | 80,750 |
| *Ending Cash Balance* | 74,030 | 465,673 | 1,243,418 | 525,275 | 1,605,239 | 808,195 | 2,265,637 | 1,594,348 | 2,224,900 | 2,523,920 | 3,319,813 | 3,319,813 |