**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., *et al.*[1], | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 4, 2021 AT 11:30 A.M.**

*~ Please note new time ~*

> **THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.**
>
> **BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM.**
>
> **ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. THE COURT IS ASKING ALL PARTIES TO REGISTER NO LATER THAN FRIDAY, OCTOBER 1, 2021 AT 12:00 NOON.**
>
> Registration link:
> https://debuscourts.zoomgov.com/meeting/register/vJIscOiorzsiHg6nRe3j29dkF9H1IoXo_U8
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

I. **MATTERS GOING FORWARD**

1. Debtors' Motion for Interim and Final Orders (I) Authorizing and Approving Emergency Post-Petition Financing; (II) Granting Liens; and (III) Providing Superpriority Administrative Expense Status [D.I. 140; Filed September 13, 2021].

   Related Items:

   a. Interim Order Authorizing Debtor-in-Possession Financing [D.I. 165; Entered September 15, 2021].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

[2] **The agenda is being amended to change the time of the hearing at the direction of the Court.**

    b.    Notice of Filing of Proposed Final Order Authorizing Debtor-in-Possession Financing [D.I. 208; Filed September 30, 2021].

**Objection Deadline:**  September 27, 2021 at 4:00 p.m. The Objection Deadline has been extended until September 29, 2021 for the Official Committee of Unsecured Creditors.

**Objections/Responses:**

a.    Informal comments from KORE Capital Corporation.

b.    Informal comments from the Office of the United States Trustee.

c.    Informal comments from the Internal Revenue Service

**Status:**  This matter is going forward.

2.    Contested matter regarding additional amounts owed to KORE Capital Corporation pursuant to paragraph 31 of the Interim Order Authorizing Debtor-in-Possession Financing.

    a.    Letter Brief (of the Official Committee of Unsecured Creditors) to the Honorable Christopher S. Sontchi Regarding Unresolved Fee Issues with KORE [D.I. 204; Filed on September 29, 2021].

    b.    Letter Brief of KORE Capital Corporation Regarding Debtor-In-Possession Financing [D.I. 206; Filed September 29, 2021].

    c.    Letter Brief (of the Debtors) to The Honorable Christopher S. Sontchi Regarding Remaining Kore Claim [D.I. 207; Filed September 29, 2021].

**Status:**  This matter is going forward.

Date:  September 30, 2021  
         Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**

*/s/ William A. Hazeltine*  
William D. Sullivan (No. 2820)  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Email: bsullivan@sha-llc.com  
        whazeltine@sha-llc.com

-and-

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Facsimile:  (609) 482-8011
Email:  kurtzman@kurtzmansteady.com

*Counsel for Debtors and Debtors in Possession*