**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 21-11140 (CSS) |
| MOON GROUP, INC., *et al.*[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 191** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST INTERIM
APPLICATION OF SC&H GROUP, INC. FOR COMPENSATION FOR SERVICES
RENDERED AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO
THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM AUGUST 25, 2021 THROUGH SEPTEMBER 17, 2021**

Undersigned counsel for Moon Group, Inc. and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases hereby, certifies as follows:

1. On September 27, 2021, the Debtors filed the *First Interim Application of SC&H Group, Inc. for Compensation for Services Rendered as Investment Banker and Financial Advisor to the Debtors and Debtors-In-Possession for the Period from August 25, 2021 Through September 17, 2021* (the "Application") [Docket No. 191].

2. The undersigned certifies that (i) he has received no answer, objection, or responsive pleading with respect to the Application and (ii) he has reviewed the Court's docket in the above-captioned cases and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, the objection deadline was October 18, 2021 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

WHEREFORE, the Debtors respectfully request that this Honorable Court enter the Proposed Order attached to the Application as Exhibit B.

Date:  October 19, 2021
        Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email:  bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Facsimile:  (609) 482-8011
Email:  kurtzman@kurtzmansteady.com

*Counsel for the Debtor and Debtor in Possession*