## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MOON GROUP, INC., *et al.*,[1] | Case No. 21-11140 (JKS) |
| Debtors. | (Jointly Administered) |
| In re: | |
| DON A BESKRONE, CHAPTER 7 TRUSTEE OF MOON GROUP, INC. et al. | |
| Plaintiff, | Adv. Proc. No. 21-51176 (JKS) |
| v. | |
| KORE CAPITAL CORPORATION | |
| Defendant. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 3, 2022 AT 10:00 A.M. (ET)
### BEFORE THE HONORABLE J. KATE STICKLES

**THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.
BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM.**

**ALL PARTICIPANTS APPEARING REMOTELY MUST REGISTER THEIR ZOOM
APPEARANCE NO LATER THAN NOON ON MONDAY, MAY 2, 2022.**

**https://debuscourts.zoomgov.com/meeting/register/vJIscu2vrDIvGTPPBR3d3FiIuchMMjlQik4**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU
WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); Rickert Landscaping, Inc. (3988); and Moon Nurseries, Inc. (8411). The Debtors' headquarters and mailing address was 145 Moon Road, Chesapeake City, MD 21915.

## I.   <u>MATTERS UNDER CNO/COC</u>

1.   Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to Don A. Beskrone, Chapter 7/11 Trustee, *Nunc Pro Tunc* to February 16, 2022 [D.I. 600; 3/18/2022]

    <u>**Objection Deadline**</u>:    April 8, 2022 at 4:00 p.m. (ET); Extended by Agreement for the Office of the United States Trustee to April 15, 2022 at 4:00 p.m. (ET).

    <u>**Objections/Informal Responses**</u>:

    A.   Informal Response by the Office of the United States Trustee

    <u>**Related Pleadings**</u>:

    i.   Omnibus Notice of Hearing Regarding Certain Retention Applications [D.I. 624; 4/6/2022]

    ii.   Certification of Counsel Regarding the Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to Don A. Beskrone, Chapter 7/11 Trustee, *Nunc Pro Tunc* to February 16, 2022 [D.I. 631; 4/28/2022]

    <u>**Status:**</u>    A revised proposed form of order has been filed under certification of counsel. Accordingly, no hearing is necessary, unless otherwise required by the Court.

## II.   <u>MATTERS GOING FORWARD</u>

2.   Application for an Order Pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1, Authorizing the Employment of Bederson LLP, as Accountants to Don A. Beskrone, Chapter 7/11 Trustee, *Nunc Pro Tunc* to February 16, 2022 [D.I. 601; 3/18/2022]

    <u>**Objection Deadline**</u>:    April 8, 2022 at 4:00 p.m. (ET); Extended by Agreement for the Office of the United States Trustee to April 15, 2022 at 4:00 p.m. (ET).

    <u>**Objections/Informal Responses**</u>:

    A.   Informal Response by the Office of the United States Trustee

**Related Pleadings:**

i.      Omnibus Notice of Hearing Regarding Certain Retention Applications [D.I. 624; 4/6/2022]

**Status:**                    Counsel expects to file a revised proposed order addressing the informal response by the United States Trustee under certification of counsel prior to the hearing.

3.      Trustee's Application for the Entry of an Order Authorizing the Continued Retention and Employment of Silverang Rosenzweig & Haltzman, LLC as Special Litigation Counsel to the Trustee [D.I. 621; 4/4/2022]

**Objection Deadline**:            April 25, 2022 at 4:00 p.m. (ET)

**Objections/Informal Responses**:

A.      Informal Response by the Office of the United States Trustee

**Related Pleadings:**

i.      Omnibus Notice of Hearing Regarding Certain Retention Applications [D.I. 624; 4/6/2022]

**Status:**                    Counsel expects to file a supplemental declaration and revised proposed order addressing the informal response by the United States Trustee under certification of counsel prior to the hearing.

**III.    ADVERSARY PROCEEDING, ADV. PROC. CASE NO. 21-51176 (JKS)**
*Don A Beskrone, Chapter 7 Trustee of Moon Group, Inc., et al. v. Kore Capital Corporation*

4.      Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 25; 2/11/2022]

**Objection Deadline**:            February 25, 2022 at 4:00 p.m. (ET); extended by Stipulation to March 21, 2022. *See* Adv. D.I. 27.

**Objections/Informal Responses**:

A.      Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 33; 3/21/2022]

**Related Pleadings:**

i.      Stipulation Extending Time for Plaintiff to Respond to Kore Capital Corporation's Motion to Compel Answers to Interrogatories and Kore Capital Corporation's Motion for Judgment on the Pleadings [Adv. D.I. 27; 3/9/2022]

ii.     Motion to Strike Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 34; 3/24/2022]

iii.    Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Strike Plaintiff/Debtors' Objection to Kore's Motion to Compel [Adv. D.I. 38; 4/4/2022]

iv.     Notice of Completion of Briefing Regarding Kore Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 42; 4/13/2022]

**Status:**            This matter is going forward.


5.      Motion to Strike Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 34; 3/24/2022]

**Objection Deadline**:        April 6, 2022 at 4:00 p.m. (ET).

**Objections/Informal Responses**:

A.      Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Strike Plaintiff/Debtors' Objection to Kore's Motion to Compel [Adv. D.I. 38; 4/4/2022]

**Related Pleadings:**

i.      Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 25; 2/11/2022]

ii.     Plaintiff's Objection to Defendant Kore Capital Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 33; 3/21/2022]

iii.    Notice of Completion of Briefing Regarding Kore Corporation's Motion to Compel Answers to Interrogatories [Adv. D.I. 42; 4/13/2022]

**Status:**            This matter is going forward.

Dated: April 29, 2022
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/  Gregory A. Taylor*

Ricardo Palacio (DE Bar No. 3765)
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com
        GTaylor@ashbygeddes.com

*(Proposed) Counsel to Don A. Beskrone,
Chapter 7 Trustee to Moon Group, Inc., et al.
and Chapter 11 Trustee of Moon Nurseries,
Inc.*